DISMISSAL FORM FOR CIVIL CASES ON ANT'S MOTION /SETTLEMENT 









                NO. 12-05-00419-CV

NO. 12-06-00008-CV

NO. 12-06-00033-CV

 

IN THE COURT OF APPEALS

 

TWELFTH COURT OF APPEALS
DISTRICT

 

TYLER, TEXAS

 

 

TRYON
ROAD SPECIALTY

UTILITY
DISTRICT,           §          APPEALS FROM THE 188TH

APPELLANT

 

V.        §          JUDICIAL
DISTRICT COURT OF

 

THE
CITY OF 

LONGVIEW,
TEXAS,          §          GREGG COUNTY, TEXAS

APPELLEE




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 

 



MEMORANDUM OPINION

PER
CURIAM

            Appellant has filed motions to dismiss each of these
interlocutory appeals, and all other parties to the appeals have been given
notice of the filing of the motions.  In
their motions, Appellant represents that the parties have reached an agreement
that disposes of all issues presented in these appeals.  Because Appellant has met the requirements of
Texas Rule of Appellate Procedure 42.1(a)(1), the motions are granted, and the
appeals are dismissed.       

Opinion
delivered May 3, 2006.

Panel
consisted of Worthen, C.J., Griffith, J., and DeVasto, J.

 

 

 

 

 

(PUBLISH)